# SHULL M. HEBB

*vs.*

# NELLIE H. HEBB.

*Divorce—Carnal Intercourse Before Marriage.*

A husband seeking a divorce on the ground of illicit carnal intercourse by the wife with another man, before the marriage, unknown to the husband at the time of the marriage, has the burden of showing his ignorance thereof at the time of marriage, and the absence of any facts which should reasonably have put him on his guard.

*Decided November 13, 1919.*

Appeal from the Circuit Court for Washington County, in Equity (KEEDY, J.).

The cause was argued before BOYD, C. J., BURKE, THOMAS, URNER, and STOCKBRIDGE, JJ.

*Scott M. Wolfinger,* for the appellant, submitted the case on brief.

*Omer T. Kaylor,* with whom was *Leon R. Yourtee* on the brief, for the appellee.

The decision was affirmed in an opinion by STOCKBRIDGE, J., appellant to pay the costs.